1
2
3
4
5                     UNITED STATES DISTRICT COURT

6                   EASTERN DISTRICT OF WASHINGTON

7   UNITED STATES OF AMERICA,            )
                                         )      NO.    CR-01-0084-WFN
8                     Plaintiff,         )
                                         )
9          -vs-                          )      ORDER
                                         )
10   LARRY DEAN SMITH,                   )
                                         )
11                    Defendant.         )
                                         )
12   ─────────────────────────────────  )

13        A supervised release violation hearing was held January 30, 2006. The Defendant, who

14   is in custody, was present and represented by Amy Rubin; Assistant United States Attorney

15   Thomas Hopkins represented the Government; United States Probation Officer Richard Law

16   was also present.

17        Pending before the Court were Violations 1-7, which alleged that Mr. Smith used

18   alcohol; committed several state or local offenses; failed to report for substance abuse

19   counseling and testing; failed to notify the probation officer of a change in residence; and

20   failed to submit a timely monthly report.  At the hearing, the Defendant admitted to five of

21   the violations.  The Court heard from counsel and Mr. Smith, and determined that revocation

22   was appropriate.

23        Following the January 30, 2006 hearing, the Court became aware that the violation

24   Petitions were filed in Case No. CR-01-0084-WFN, but should have been filed in Case No.

25   CR-97-0193-WFN, which is the cause number where Mr. Smith is still under supervised

26   release.  Defense counsel also filed a Motion to Reconsider the Sentence imposed in CR-01-

ORDER - 1

0084; however, the Motion was filed prior to counsel being notified of the filing error and the fact that a *de novo* revocation hearing would be scheduled in the correct case number. Accordingly,

**IT IS ORDERED** that:

1.  All findings made by the Court in CR-01-0084-WFN are **VACATED**.

2.  Defendant's Motion for Reconsideration, filed January 31, 2006, **Ct. Rec. 66**, is **DENIED AS MOOT**.  Defense counsel was provided with the opportunity to raise all her sentencing arguments at the February 9, 2006 revocation hearing in Case No. CR-97-0193-WFN.

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** United States Probation Officer Richard Law.

**DATED** this 9th day of February, 2006.


            s/ Wm. Fremming Nielsen
            WM. FREMMING NIELSEN
02-09       SENIOR UNITED STATED DISTRICT JUDGE

ORDER - 2